QUIN DENVIR, Bar #49374
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
DARRYL WASHINGTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2-05-cr-0519 LKK |
| ) | |
| Plaintiff, ) | |
| ) | ORDER EXCLUDING TIME |
| v. ) | |
| ) | |
| DARRYL WASHINGTON, ) | Date: January 10, 2006 |
| ) | Time: 9:30 a.m. |
| Defendant. ) | Judge: Hon. Lawrence K. Karlton |
| ) | |
| _____ ) | |

    This matter came on for status conference on January 10, 2006, in the courtroom of the Honorable Lawrence K. Karlton, Senior United States District Judge.  The government was represented by its counsel, Assistant United States Attorney William S. Wong.  The defendant DARRYL WASHINGTON was present, in custody, represented by his counsel, Assistant Federal Defender, Timothy Zindel, appearing for assigned counsel, Assistant Federal Defender Jeffrey L. Staniels.

    The matter was continued to January 24, 2006, in order to permit review of just-received discovery. The exclusion of time for trial

under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4, was agreed to on the record.

   IT IS ORDERED that this matter be continued to January 24, 2006, on this court's regular criminal calendar.  IT IS FURTHER ORDERED that the period from January 10, 2006, to and including January 24, 2006, is excluded from the time computations pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv), Local Code T-4, due to ongoing preparation of counsel.

**IT IS SO ORDERED**

By the Court,

DATED: January 11, 2006         /s/ Lawrence K. Karlton
                                HONORABLE LAWRENCE K. KARLTON
                                Senior Judge
                                United States District Court

Order Excluding Time                    2