UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
March 2, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>DARRYL WASHINGTON, )<br>)<br>Defendant. ) | Case No. 2:05-CR-0519<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __DARRYL WASHINGTON__, Case No. __2:05-CR-0519__, Charge __18 USC 922(g)__, from custody for the following reasons:

 ___ Release on Personal Recognizance

 ___ Bail Posted in the Sum of $___

  ___ Unsecured Appearance Bond

  ___ Appearance Bond with 10% Deposit

  ___ Appearance Bond with Surety

  ___ Corporate Surety Bail Bond

 ✔ (Other)   __Found not Guilty__


Issued at __Sacramento, CA__ on __March 2, 2006__ at __4:44 pm__.


       By   /s/ Lawrence K. Karlton
         Lawrence K. Karlton
         United States District Judge

Original - U.S. Marshal